# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ANTHONY DURHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 4:16-cv-00664-AKK-JEO |
| SCOTT HASSELL, Warden, ) | |
| Etowah County Jail, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On April 26, 2016, petitioner Anthony Durham filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. At the time he filed his petition, Durham, a native of Jamaica, was incarcerated at the Etowah County Detention Center in Gadsden, Alabama, in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). In his petition, Durham alleged that he was being illegally detained by ICE pending his deportation. *See* generally doc. 1.

On January 18, 2017, Durham was released from ICE custody and removed from the United States. Doc. 8-1. Respondents have filed a motion to dismiss this action as moot, since Durham is no longer in ICE custody. *See* doc. 8.

After consideration of the record in this case and respondents' motion to dismiss, the court finds that Durham's removal has rendered his habeas corpus

petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this case. *See Murphy v. Hunt*, 455 U.S. 478, 482 (1982); *Carafas v. LaVallee*, 391 U.S. 234, 237 (1968). Therefore, because there is no longer any relief that can be granted to Durham, his petition is due to be dismissed as moot.

**DONE** the 19th day of April, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE